FILED
SUPERIOR COURT
OF GUAM

2023 MAY -2 PM 4: 50

CLERK OF COURT

BY: _____

## IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| **PEOPLE OF GUAM,**<br><br>v.<br><br>**RICK HO CHU,**<br>DOB: 07/05/1981<br><br>Defendant. | **Criminal Case No. CF0151-18**<br>GPD Report Nos. 18-07732 / 18-07696 /<br>GCAC-18-015<br><br>**DECISION AND ORDER DENYING DEFENDANT'S MOTION TO DISMISS FOR LACK OF PROBABLE CAUSE** |

### INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on March 7, 2023 for hearing on Rick Ho Chu's ("Defendant's") Motion to Dismiss for Lack of Probable Cause ("Motion"). Assistant Attorney General Kristine Borja represents the People, and Assistant Public Defender Gloria Rudolph represents Defendant. Having duly considered the parties' briefs, oral arguments, and the applicable law, the Court now issues the following Decision and Order and **DENIES** Defendant's Motion.

### BACKGROUND

A grand jury found probable cause and indicted Defendant on several charges, including Theft by Receiving a Stolen Firearm (as a 3rd Degree Felony) ("Charge Nine"). See Indictment (Apr. 2, 2018).

The charges stem from allegations that police tracked a package containing illicit drugs to Defendant's residence. See Magistrate's Complaint (Mar. 14, 2018). After searching Defendant's apartment, police found a firearm that was reported stolen during a burglary in 2010. Id. When questioned, Defendant claimed to not know the firearm was stolen, and that he simply found the gun and decided to keep it. Id.

Decision and Order Denying Defendant's Motion to Dismiss for Lack of Probable Cause
CF0151-18, *People of Guam v. Rick Ho Chu*
Page 1 of 3

On December 5, 2022, Defendant filed his Motion to Dismiss for Lack of Probable Cause. Seeking to dismiss Charge Nine, Defendant claims no probable cause exists to suggest that he knew the firearm was stolen or believed that it was probably stolen. See Motion at 3 (Dec. 5, 2022).

The Court held a hearing on March 7, 2023. After hearing the arguments of the parties, the Court took the matter under advisement.

## DISCUSSION

### I. Standard to Dismiss: Probable Cause

A complaint and the affidavits filed therewith must show "probable cause to believe that an offense has been committed and that the defendant has committed it." See 8 G.C.A. § 15.20. However, the court must dismiss any charges "if from the evidence it appears that there is no probable cause to believe that an offense has been committed or that the defendant committed it." See 8 G.C.A. § 45.80.

Probable cause amounts to "such a state of facts as would lead a man of ordinary caution or prudence to believe, and conscientiously entertain a strong suspicion of the guilt of the accused." See *Guam v. San Nicolas*, 2013 Guam 21, n.5. Probable cause "is not a high bar", and probable cause decisions reached by grand juries are "hard to undermine, and still harder to reverse." See *Kaley v. U.S.*, 571 U.S. 320, 338-339 (2014).

### II. Application:

To indict on Charge Nine, the People must show probable cause that Defendant:

- Intentionally;
- Received, retained, or disposed of the moveable property of another, that is, a firearm;
- Knowing that it has been stolen or believing that it has probably been stolen.

See 9 G.C.A. § 43.50(a).

A grand jury already found probable cause supporting each element of Charge Nine, and the Court too finds probable cause within the substance of the Magistrate's Complaint. The Magistrate's Complaint alleges that the gun was stolen, and that Defendant had reason to

Decision and Order Denying Defendant's Motion to Dismiss for Lack of Probable Cause
CF0151-18, *People of Guam v. Rick Ho Chu*
Page 2 of 3

believe it was stolen given the suspicious nature of randomly "finding" a firearm and then keeping it rather than turning it into the police. See Magistrate's Complaint (Mar. 14, 2018).

**CONCLUSION**

For the reasons stated above, the Court **DENIES** Defendant's Motion. Charge Nine of the Indictment will remain as is.

**IT IS SO ORDERED** this May 2, 2023_____.



_____
**HONORABLE ALBERTO C. LAMORENA, III**
**Presiding Judge, Superior Court of Guam**

Decision and Order Denying Defendant's Motion to Dismiss for Lack of Probable Cause
CF0151-18, *People of Guam v. Rick Ho Chu*
Page 3 of 3